NO. 07-01-0497-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

APRIL15, 2002

_____

IN THE INTEREST OF SAMUEL KAHN, A CHILD


_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 93-542,429; HONORABLE J. BLAIR CHERRY, JR., JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.


Appellant Robert Alan Kahn perfected an appeal from the trial court's order denying his motion for clarification and enforcement of a prior order regarding conservatorship of Samuel Kahn. Pending before this Court is Kahn's motion to dismiss this appeal by which he represents that he no longer wishes to prosecute the matter because an agreed order has been entered below. We grant his motion and dismiss the appeal

Without passing on the merits of the case, appellant's request is granted and the appeal is hereby dismissed. *See* Tex. R. App. P. 42.1(a)(2). Having dismissed the appeal

at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice

Do not publish.